IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISINFORMATION INDEX, INC.,<br>1206 Orange Street<br>Wilmington, DE 19801<br><br>         *Plaintiff*,<br><br>    v.<br><br>FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission; JOHN DOE 1, in their official capacity as Commissioner of the Federal Trade Commission; JOHN DOE 2, in their official capacity as Commissioner of the Federal Trade Commission; and JOHN DOE 3, in their official capacity as Commissioner of the Federal Trade Commission,<br>600 Pennsylvania Ave. NW<br>Washington, DC 20580<br><br>         *Defendants.* | Civil Case No. 1:25-cv-4137-SLS |

**JOINT STATUS REPORT**

The parties respectfully submit this joint status report in response to the November 26, 2025 Minute Order issued by the Court. The Court instructed the parties to address the following issues: "(1) a proposed briefing schedule on the motion; (2) a statement addressing whether a hearing on the motion is necessary, and if so, three proposed dates and times for such a hearing; and (3) a statement addressing whether the Parties anticipate factual disputes between the declarants, and if so, whether the Parties believe an evidentiary hearing will be necessary to resolve the disputes and a proposal for proceeding with such a

hearing." The parties addressed each issue below.[1]

1.  The parties propose a briefing schedule for Plaintiff's Motion for a Preliminary Injunction under which Defendants will file their response 21 days from service of the Complaint, and Plaintiff will file its Reply 14 days after Defendants file their response.

2.  Plaintiff believes that oral argument would aid the Court's resolution of the Motion for a Preliminary Injunction. Defendants do not believe oral argument is necessary for resolution of the legal issues presented in the motion but stand ready for a hearing if the Court determines it would be necessary or helpful. To the extent the Court elects to hold an oral argument on this Motion, the parties are available for that argument on January 20, 2026, January 21, 2026, or January 22, 2025, subject to the Court's availability.

3.  The parties currently do not anticipate that an evidentiary hearing for Plaintiff's Motion for a Preliminary Injunction will be necessary. The parties are not currently aware of factual disputes concerning Plaintiff's Motion for a Preliminary Injunction.

---

[1] Defendants submit this joint status report pursuant to the Court's order. Defendants note, however, that Plaintiff has yet to complete service in this case. Defendants reserve the right to update their responses as needed if service is not promptly completed.

Dated: December 2, 2025

Respectfully submitted,

**CLIFFORD CHANCE LLP**

/s/ *Joseph A. Ostoyich*
Joseph A. Ostoyich (DC Bar #436157)
William Lavery (DC Bar #503292)**
Danielle Morello (DC Bar #1032537)
Dorothea R. Allocca (DC Bar #90010668)*
Kaia Pankey (DC Bar #90020207)*
Ross Jablon (DC Bar #90023468)*
2001 K Street NW, Ste. 900
Washington, DC 20006
(202) 912-5533
 joseph.ostoyich@cliffordchance.com
 william.lavery@cliffordchance.com
 danielle.morello@cliffordchance.com
 dodi.allocca@cliffordchance.com
 kaia.pankey@cliffordchance.com
 ross.jablon@cliffordchance.com

*Admission pending
**Application for pro hac vice pending

*Attorneys for Disinformation Index, Inc.*

/s/ Ethan D. Beck
Lucas Croslow (D.C. Bar # 1048342)
*General Counsel*
H. Thomas Byron III (D.C. Bar # 442856)
*Deputy General Counsel*
Alex Potapov (D.C. Bar # 998355)
*Deputy General Counsel*
Ethan D. Beck (D.C. Bar # 90024619)
*Counsel to the General Counsel*
Federal Trade Commission
Office of General Counsel
600 Pennsylvania Ave., N.W.
Washington, DC 20580
ebeck@ftc.gov
(202) 326-2110

*Defendants' Counsel*