# **EXHIBIT F**

IAS Enhancements to Context Control Avoidance by Integral Ad Science, Inc.

Home  >   News  >   IAS Enhancements to Context Control Avoidance

DECEMBER 18, 2025  BY   IAS Team

# IAS ENHANCEMENTS TO CONTEXT CONTROL AVOIDANCE

NEW YORK — Dec. 18, 2025 — Integral Ad Science (Nasdaq: IAS), a leading global media measurement and optimization platform, today announced enhancements to its "*Context Control Avoidance"* solution to combat new challenges arising from AI evolvement.

"Context Control Avoidance" helps advertisers prevent their ads from appearing on web pages containing content that violates their brand safety or suitability guidelines. This technology allows for a more nuanced and scalable approach to brand safety by providing options to exclude specific categories based on industry-defined risk levels.

The rise of AI in digital media has made marketers worry that it may play a hand in expediting the creation and dissemination of content that violates their brand safety or suitability preferences.

Our analysis methodology continues to evolve to be able to combat new challenges appearing with the rise of AI.

As part of IAS's continuous efforts to improve its offerings for clients and maintain enhanced control over brand safety, IAS has determined to discontinue the use of the limited input from Global Disinformation Index (GDI) in our Context Control Avoidance solution.  IAS will also review whether its other Context Control Avoidance tools remain suitable and unbiased, as part of its regular review process.  This enhancement also ensures that IAS's past use of GDI does not affect IAS's Context Control Avoidance solutions going forward.

This enhancement is intended to benefit advertisers through greater precision, more frequent updates, unbiased standards, and a higher level of independence.  This change is consistent with IAS's commitment to providing tailored, impartial, and neutral information to facilitate its customers' ad placement goals.

## About Integral Ad Science

Integral Ad Science (IAS) is a leading global media measurement and optimization platform that delivers the industry's most actionable data to drive superior results for the world's largest advertisers, publishers, and media platforms. IAS's software provides comprehensive and enriched data that ensures ads are seen by real people in safe and suitable environments, while improving return on ad spend for advertisers and yield for publishers. Our mission is to be the global benchmark for trust and transparency in digital media quality. For more information, visit integralads.com.

Contact: press@integralads.com

# GET IN TOUCH

Stay in touch with us and get the latest news.

CONTACT US

