# EXHIBIT 1



United States of America
FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

Bureau of Competition
Technology Enforcement Division

April 16, 2026

**VIA EMAIL**

The Global Disinformation Index
c/o Joseph Ostoyich, Esq.
Clifford Chance US LLP
2001 K Street NW
Washington, DC 20006
joseph.ostoyich@cliffordchance.com

**Re:    FTC File No. 251-0061**

Dear Mr. Ostoyich:

On May 20, 2025, the Federal Trade Commission issued a Civil Investigative Demand ("the CID") to The Global Disinformation Index ("GDI").  On April 15, 2026 the Commission entered, and a federal district court approved, a settlement in *Federal Trade Commission, et al., v. Dentsu US, Inc., et al.*, No. 26-cv-469 (N.D. Tex. 2026), that resolved the issues related to GDI that gave rise to the CID.  Accordingly, the Commission no longer requires compliance with the CID.  Pursuant to FTC Rule 2.7(*l*), this letter withdraws the CID.

*/s/ Patricia Galvan*
Patricia Galvan
Assistant Director
Technology Enforcement Division
Bureau of Competition

cc:
Justin Epner
Attorney, Bureau of Competition