## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DISINFORMATION INDEX, INC.,<br>1206 Orange Street<br>Wilmington, DE 19801<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL TRADE COMMISSION; ANDREW<br>N. FERGUSON, in his official capacity as<br>Chairman of the Federal Trade Commission;<br>MARK R. MEADOR, in his official capacity as<br>Commissioner of the Federal Trade Commission;<br>JOHN DOE 1, in their official capacity as<br>Commissioner of the Federal Trade Commission;<br>JOHN DOE 2, in their official capacity as<br>Commissioner of the Federal Trade Commission;<br>and JOHN DOE 3, in their official capacity as<br>Commissioner of the Federal Trade Commission,<br>600 Pennsylvania Ave. NW<br>Washington, DC 20580<br><br>*Defendants.* | Civil Case No. 1:25-cv-4137-CJN |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that in light of recent settlements by the Federal Trade Commission ("FTC") with three of the Big Six advertising agencies, which the FTC acknowledged were the "culmination" of its investigative File No. 251-0061,[1] the FTC's corresponding withdrawal of its Civil Investigative Demand ("CID") to Plaintiff Global Disinformation Index ("GDI"), *see* FTC's Letter to GDI Withdrawing CID, ECF No. 37-1, and the FTC's representation

---

[1] *FTC v. Dentsu US, Inc.*, No. 4:26-cv-469 (N.D. Tex. Apr. 15, 2026).

1

to counsel that the withdrawal of the CID reflects the end of its requests pertaining to GDI in this matter, GDI, by and through undersigned counsel, hereby voluntarily dismisses this action without prejudice as to all Defendants under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

GDI notes in support of this Notice that each advertising agency's settlement expressly noted that it "does not constitute any evidence against, or any admission of wrongdoing, liability, or any of issue of fact" regarding the supposed conspiracy, *FTC v. Dentsu*, ECF No. 8 at 2, ECF No. 9 at 2, ECF No. 10 at 2, which allegedly occurred "under the auspices of the APB and GARM," the American Association of Advertising Agencies' Advertising Protection Bureau or the Global Alliance of Responsible Media. *Id.* at ECF No. 1 ¶ 95. The FTC's Complaints did not allege that GDI was a member of either organization, let alone part of the alleged conspiracy. *See id.* ¶¶ 3–4, 85 (mentioning GDI only generally).

DATED: April 24, 2026

Respectfully submitted,

**CLIFFORD CHANCE US LLP**

*/s/ Joseph A. Ostoyich*
Joseph A. Ostoyich (DC Bar # 436157)
William Lavery (DC Bar # 503292)
Danielle Morello (DC Bar # 1032537)
Dorothea R. Allocca (DC Bar # 90010668)
Kaia Pankey (DC Bar # 90020207)
2001 K Street NW, Ste. 900
Washington, DC 20006
(202) 912-5533
joseph.ostoyich@cliffordchance.com
william.lavery@cliffordchance.com
danielle.morello@cliffordchance.com
dodi.allocca@cliffordchance.com
kaia.pankey@cliffordchance.com

*Attorneys for Disinformation Index, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that this document will be served on the Defendants in accordance with Federal Rule of Civil Procedure 5(a).

*/s/ Joseph A. Ostoyich*
Joseph A. Ostoyich